RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
MAY 20 2025
FILED DOCKETED DATE INITIAL

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

Christopher Briggs      9th Cir. Case No. 25-2414
Appellant(s),

v.

United States Department of Health and Human Services
Appellee(s).

### STATEMENT THAT APPEAL SHOULD GO FORWARD
(attach additional sheets as necessary)

1. Date(s) of entry of judgment or order(s) you are challenging in this appeal:

4/25/2025

2. What claims did you raise to the court below?

it's a civil Rights violation medicare is Refusing me my Phi when i call medicare Denying me access to my personal health information

3. What do you think the court below did wrong? (You may, but need not, refer to cases and statutes.) it is Not frivolous

4. Why are these errors serious enough that this appeal should go forward?

it is my civil Rights

5. Additional Information:

I have the Rights to access my personal health information

Dated: 5/16/2025    Christopher Briggs

Print Name(s)

_Ch. Br_

Signature(s)

Appellant(s) in Pro Se